# COMPLAINT FORM

(for filers who are prisoners without lawyers)

**FILED**
09/28/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Christopher Deshawn Wilson__

vs

(Full name of defendant(s))

__Christopher Zimmerman__

Case Number:

2:23-cv-470-MPB-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

__Wabash Valley Correctional Facility P.O. Box 1111 Carlisle, IN 47838-1111__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Christopher Zimmerman__
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of __N/A__
(State, if known)

and (if a person) resides at __N/A__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Wabash Valley Correctional Facility, P.O. Box 1111 Carlisle, IN 47838__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Officer Zimmerman violated my rights under the United States Constitution When Officer Zimmerman came onto the right side of my housing unit, and While I was standing in between my celldoor Officer Zimmerman walked up to me and pushed me further into the cell with excessive force knocking me into the wall in which caused my arm to bruise and later swell and caused my arm to be in pain Which caused the nurse to prescribe me pain medication. On August 4, 2023 this occurred in the cell of GHU-301. That

Complaint - 2

Officer Zimmerman used excessive force against me without any penological justification or provocation issued by or from the Plaintiff.

C. JURISDICATION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Injunction: That staff are Re-Trained to avoid using excessive force without any provocation

Punitive damage: $10,000 for the pain and suffering caused.

E.   JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
            OR

☐  Court Trial - I want a judge to hear my case

Dated this __8th__ day of __September__ 20_23_.

Respectfully Submitted,

_Christopher Wilson_
Signature of Plaintiff

_#255986_
Plaintiff's Prisoner ID Number

_Wabash Valley Correctional Facility_
_P.O. Box 1111, Carlisle, IN 47838-1111_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.