UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHRISTOPHER DESHAWN WILSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00470-MPB-MKK |
| CHRISTOPHER ZIMMERMAN, | ) |
| Defendant. | ) |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Dated: April 23, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

CHRISTOPHER DESHAWN WILSON
255986
WABASH VALLEY – CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838